```
              IN THE UNITED STATES DISTRICT COURT
                  MIDDLE DISTRICT OF GEORGIA
                       COLUMBUS DIVISION
```

SAM EDWARD CROUCH,                *

       Petitioner,           *

vs.                               *

                                      CASE NO. 4:12-CV-28 (CDL)

Warden RUSSELL WASHBURN,          *

       Respondent.           *

## ORDER ON REPORT AND RECOMMENDATION
## OF UNITED STATES MAGISTRATE JUDGE

After a *de novo* review of the record in this case, the Report and Recommendation filed by the United States Magistrate Judge on June 6, 2012 is hereby approved, adopted, and made the Order of the Court.

The objections of the Petitioner have been considered and are found to be without merit. The Court observes that even if it accepted Petitioner's argument that the statute of limitations should be tolled while the Georgia Supreme Court considered Petitioner's application for certificate of probable cause, this federal habeas action is still untimely. See Report and Recommendation, at FN 1.

IT IS SO ORDERED, this 7th day of August, 2012.

                            S/Clay D. Land
                            CLAY D. LAND
                            UNITED STATES DISTRICT JUDGE